UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,              :    Case No. 1:21-cv-06054-WFK-JRC
                                       :
               Plaintiffs,    :    **FRONTIER'S DISCLOSURE**
                                       :    **STATEMENT**
  -against-                           :
                                       :
FRONTIER AIRLINES, INC.,              :
                                       :
               Defendant.    :
----------------------------------------------------------------X
_____

## DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, FRONTIER AIRLINES, INC., discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: January 10, 2022

                                       Respectfully submitted,

                                       /s/ *Frank J. Rubino, Jr.*
                                       Frank J. Rubino, Jr. (FR-6202)
                                       Brown Gavalas & Fromm LLP
                                       60 E. 42 Street, Suite 4600
                                       New York, NY 10165
                                       Telephone: (212) 983-8500
                                       fjr@browngavalas.com

                                       Brian T. Maye (*Pro Hac Vice* Mtn Forthcoming)
                                       Kristin A. Hoffman (*Pro Hac Vice* Mtn Forthcoming)
                                       Adler Murphy & McQuillen LLP
                                       20 S. Clark Street, Suite 2500
                                       Chicago, Illinois 60603
                                       Telephone: (312) 345-0700
                                       bmaye@amm-law.com
                                       khoffman@amm-law.com

                                       Attorneys for Frontier Airlines, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 10, 2022, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Eastern District of New York, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ *Frank J. Rubino, Jr.*