```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTIN JOSEPH, et al.,                                 :
                                                       :
                    Plaintiffs,                        :
                                                       :
            v.                                         :      **ORDER**
                                                       :      21-CV-06054 (WFK) (JRC)
FRONTIER AIRLINES, INC.,                               :
                                                       :
                    Defendant.                         :
-------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge**:

In light of the ongoing COVID-19 pandemic, the Court has suspended its pre-motion conference requirement. Therefore, the Court DENIES as moot Defendant's request for a pre-motion conference, ECF No. 9, and GRANTS Defendant leave to file the anticipated motion. The Court hereby ORDERS the following briefing schedule:

- Defendant shall submit their motion by Wednesday, February 9, 2022 at 5:00 P.M.;

- Plaintiffs shall submit their response by Wednesday, March 9, 2022 at 5:00 P.M.; and

- Defendant shall submit their reply, if any, by Wednesday, March 30, 2022 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

                 **SO ORDERED.**

                    **s/ WFK**

                 _____

                 HON. WILLIAM F. KUNTZ, II
                 UNITED STATES DISTRICT JUDGE

Dated:  January 10, 2022
    Brooklyn, New York