# BROWN GAVALAS & FROMM LLP

**60 E. 42ND STREET**
**SUITE 4600**
**NEW YORK, NEW YORK 10165**
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE
_____

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

February 9, 2022

**VIA E-MAIL**

Gutman Weiss, P.C.
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, New York 11204

Attn:   Dov Medinets, Esq.
        dm@gwpclaw.com

Case:        *Martin Joseph, et al. v. Frontier Airlines, Inc.*
Re:          Frontier's Partial Motion to Dismiss
Case No.:    1:21-cv-06054-WFK-JRC
Our File No.: 1691.0011

Dear Mr. Medinets:

On behalf of Defendant, Frontier Airlines, Inc. ("Frontier"), in the captioned action, and in accordance with the Court's January 10, 2022 Order, enclosed please find copies of Frontier's Notice of Motion, Partial Motion to Dismiss Portions of Prayer for Relief, and Memorandum in Support of Partial Motion to Dismiss. Pursuant to the Court's Order, we will electronically file a copy of this cover letter (without the enclosures), and on the day Frontier's Partial Motion to Dismiss is fully briefed, each party shall electronically file their respective motion papers.

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.

Enclosures

cc:   CM/ECF System (Cover Letter Only without enclosures)