UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARTIN JOSEPH, et al.

FRONTIER AIRLINES, INC.
-----------------------------------------------------------X

21-cv-06054

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I <u>Kristin A. Hoffman</u> will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of <u>Adler Murphy & McQuillen, LLP</u> and a member in good standing of the bar(s) of the State(s) of <u>Illinois and Wisconsin</u>, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for <u>Frontier Airlines, Inc.</u>. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 2/21/2022

Respectfully submitted,

/s/ Kristin A. Hoffman
Signature of Movant
Firm Name Adler Murphy & McQuillen, LLP
Address 20 S. Clark Street, Suite 2500
Chicago, IL
Email khoffman@amm-law.com
Phone (312)345-0700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTIN JOSEPH, et al.

                Plaintiff(s),

v.

FRONTIER AIRLINES, INC.

                Defendant(s).

21-CV-06054

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Kristin A. Hoffman, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Adler Murphy & McQuillen, LLP
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois and Wisconsin.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 632078 (IL)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-CV-06054 for Frontier Airlines, Inc.

Date 2/16/22
Cook County, IL

**NOTARIZED**

OFFICIAL SEAL
MARY DOMAGALSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/17/22

*Mary Domagalski*

**Kristin A. Hoffman** Digitally signed by Kristin A. Hoffman
Date: 2022.02.16 10:18:48 -06'00'

Signature of Movant
Firm Name Adler Murphy & McQuillen, LLP
Address 20 S. Clark Street, Suite 2500
Chicago, IL 60603

Email khoffman@amm-law.com
Phone (312) 345-0700

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Kristin Alisa Hoffman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 23rd day of February, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**KRISTIN A. HOFFMAN**

*was admitted to practice as an attorney within this state on May 18, 2015 and is presently in good standing in this court.*

Dated: February 25, 2022

SHEILA T. REIFF
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing