UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,  :  Case No. 1:21-cv-06054-WFK-JRC
 :
  Plaintiffs,  :  **NOTICE OF APPEARANCE**
 :
 -against-  :
 :
FRONTIER AIRLINES, INC.,  :
 :
  Defendant.  :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kristin A. Hoffman on behalf of Defendant, Frontier Airlines, Inc., in the above-captioned matter.

Dated: March 4, 2022

Respectfully submitted,

**ADLER MURPHY & MCQUILLEN LLP**

*/s/ Kristin A. Hoffman*
Kristin A. Hoffman (Admitted *Pro Hac Vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: khoffman@amm-law.com

*Counsel for Frontier Airlines, Inc.*

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARTIN JOSEPH, et al.,                       :    Case No. 1:21-cv-06054-WFK-JRC
                                             :
                    Plaintiffs,              :    CERTIFICATE OF SERVICE
                                             :
    -against-                                 :
                                             :
FRONTIER AIRLINES, INC.,                     :
                                             :
                    Defendant.                :
--------------------------------------------------------------X
```

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 4, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of New York, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in this matter.

Dated: March 4, 2022                    */s/ Kristin A. Hoffman*