UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

MARTIN JOSEPH, et al.

FRONTIER AIRLINES, INC.

--------------------------------------------------------X

21-cv-06054

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:      Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I ___Brian T. Maye_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of ___Adler Murphy & McQuillen, LLP_____ and a member in good standing of

the bar(s) of the State(s) of ___Illinois, North Carolina and District of Columbia___, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

___Frontier Airlines, Inc._____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: 02/21/2021

/s/ Brian T. Maye
Signature of Movant
Firm Name ___Adler Murphy & McQuillen, LLP_____
Address ___20 S. Clark Street, Suite 2500_____
___Chicago, IL_____
Email ___bmaye@amm-law.com_____
Phone ___(312)345-0700_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------

MARTIN JOSEPH, et al.

                Plaintiff(s),

   v.

FRONTIER AIRLINES, INC.

                Defendant(s).

--------------------------------------------------------------

21- 0/- 0054

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, Brian T. Maye _____, being duly sworn, hereby depose and say as
follows:

1.    I am a(n) Partner _____ with the law firm of __Adler Murphy & McQuillen,__ .LLP
2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in
     the above-captioned matter.
3.    As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good
     standing of the bar of the state(s) of Illinois, North Carolina and District of Columbia
4.    There are no pending disciplinary proceedings against me in any state or federal court True
5.    I Have not _____ been convicted of a felony. If you have, please describe facts and
     circumstances.

6.    I Have not _____ been censured, suspended, disbarred or denied admission or
     readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: 6288778 (IL)
8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and
     advocate *pro hac vice* in case 21-CV-06054 for Frontier Airlines, Inc.

Date 2/21/22 _____

Chicago _____, IL

**NOTARIZED**

**Brian T. Maye**    Digitally signed by Brian T. Maye
                          Date: 2022.02.21 14:37:56 -06'00'

Signature of Movant
Firm Name Adler Murphy & McQuillen LLP
Address 20 S. Clark Street, Suite 2500
   Chicago, IL 60603

Email bmaye@amm-law.com
Phone (312) 345-0700

OFFICIAL SEAL
MARY DOMAGALSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/17/22



# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Brian Timothy Maye

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 06/06/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 23rd day of February, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Brian T Maye*

was duly qualified and admitted on April 3, 2000 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
INACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February
4, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

# Supreme Court

## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby

certify that on August 23, 1997, license to practice as an Attorney and Counselor at Law in

all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Brian T. Maye

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this February 3, 2022.

*Amy L. Funderburk*

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina