# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
**\*This office does not consent to service by fax.**

March 9, 2022

*Via Email (fjr@browngavalas.com)*
Brown Gavalas & Fromm LLP
60 E. 42nd Street, Suite 4600
New York, NY 10165

    Re:    Joseph et al. v Frontier Arilens, Inc. Case No.: 1:21-cv-06054-WFK-JRC

Dear Mr. Rubino:

    My office is counsel to Plaintiffs in the above-captioned Action. Pursuant to Judge Kuntz's scheduling order of January 10, 2022, attached please find Plaintiffs' Memorandum of Law in opposition to Defendant's partial motion to dismiss.

    Thank you for your attention to this matter. If you have any questions or concerns in this regard, please do not hesitate to contact me.

    Sincerely,

    Dov Medinets, Esq.