

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804         Brian T. Maye
Telephone: 312.345.0700   Facsimile: 312.345.9860                              312.422.5713
www.amm-law.com                                                         bmaye@amm-law.com

March 30, 2022

**Via Email – PDF Format**

Dov Medinets, Esq.
Gutman Weiss, P.C.
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, New York 11204
dm@gwpclaw.com

Case:      *Martin Joseph, et al. v. Frontier Airlines, Inc.*
Re :       Frontier's Partial Motion to Dismiss
Case No.:  1:21-cv-06054-WFK-JRC

Dear Mr. Medinets:

On behalf of Defendant, Frontier Airlines, Inc. ("Frontier"), in the captioned action, and in accordance with the Court's January 10, 2022, Order, enclosed please find a copy of Frontier's Reply in Support of its Partial Motion to Dismiss. Pursuant to the Court's Order, we will electronically file a copy of this cover letter (without the enclosure). Thereafter, we will file all of Frontier's respective motion papers and understand you will file Plaintiffs' response brief.

Very truly yours,

ADLER MURPHY & McQUILLEN LLP

Brian T. Maye

Enclosure

cc:   CM/ECF System (Cover Letter Only without enclosures)