UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,      :   Case No. 1:21-cv-06054-WFK-JRC
                              :
        Plaintiffs,      :   **FRONTIER'S NOTICE OF**
                              :   **MOTION – ORAL ARGUMENT**
  -against-                  :   **REQUESTED**
                              :
FRONTIER AIRLINES, INC.,      :
                              :
        Defendant.       :
----------------------------------------------------------------X

### DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on a date and time to be designated by the Court, Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its attorneys, BROWN GAVALAS & FROMM LLP, shall appear remotely before the Honorable Judge William F. Kuntz, II, or any other Judge presiding in his stead, and present Frontier's Partial Motion to Dismiss Portions of Prayer for Relief, through which Frontier seeks an order dismissing or striking Plaintiffs' prayers for relief seeking a declaratory judgment, permanent injunction, and cease and desist order pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)(2), a copy of which is attached hereto and served upon you herewith.

Dated: February 9, 2022

                                            Respectfully submitted,

                                            /s/ *Frank J. Rubino, Jr.*

                                            Frank J. Rubino, Jr. (FR-6202)
                                            Brown Gavalas & Fromm LLP
                                            60 E. 42nd Street, Suite 4600
                                            New York, NY 10165
                                            Telephone: (212) 983-8500
                                            fjr@browngavalas.com

                                            Brian T. Maye (*Pro Hac Vice* Mtn Forthcoming)

2

    Kristin A. Hoffman (*Pro Hac Vice* Mtn Forthcoming)
    Adler Murphy & McQuillen LLP
    20 S. Clark Street, Suite 2500
    Chicago, Illinois 60603
    Telephone: (312) 345-0700
    bmaye@amm-law.com
    khoffman@amm-law.com

    Attorneys for Frontier Airlines, Inc.

TO:    Dov Medinets, Esq.
        Gutman Weiss, P.C.
        Attorneys for Plaintiff
        2276 Sixty-Fifth Street, 2nd Floor
        Brooklyn, New York 11204
        dm@gwpclaw.com