

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804
Telephone: 312.345.0700  Facsimile: 312.345.9860
www.amm-law.com

Brian T. Maye
312-422-5713
bmaye@amm-law.com

March 31, 2022

**VIA U.S. MAIL**
The Honorable Judge William F. Kuntz, II
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Case:      *Martin Joseph, et al. v. Frontier Airlines, Inc.*
Re :       Frontier's Partial Motion to Dismiss Portions of Prayer for Relief
Case No.:  1:21-cv-06054-WFK-JRC

Dear Judge Kuntz:

      On behalf of Defendant, Frontier Airlines, Inc. ("Frontier"), in the captioned action, and in accordance with Sections II(C) and III(G)(1) of the Court's Individual Motion Practices and Rules, please see the enclosed full set of courtesy copies of the papers filed through the CM/ECF System relating to Frontier's Partial Motion to Dismiss Portions of Prayer for Relief (Docket Entry Number 17). Below is an outline specifying each document in the package:

- Frontier's Partial Motion to Dismiss Portions of Prayer for Relief, Docket Entry Number 17;
- Frontier's Memorandum in Support of its Partial Motion to Dismiss, Docket Entry Number 17-1;
- Frontier's Notice of Motion, Docket Entry Number 17-2;
- Plaintiffs' Memorandum of Law in Opposition to Defendant's Partial Motion to Dismiss, Docket Entry Number 19; and
- Frontier's Reply in Further Support of its Partial Motion to Dismiss, Docket Entry Number 18.

      Frontier respectfully requests an oral argument on its Partial Motion to Dismiss Portions of Prayer for Relief, if the Court is inclined to hear arguments from the parties.

      Very truly yours,

      ADLER MURPHY & McQUILLEN LLP

      Brian T. Maye

Enclosures

cc:   CM/ECF System (Cover Letter Only without enclosures)
      The Honorable Magistrate Judge James R. Cho (via electronic mail)
      Plaintiffs' Counsel (via electronic mail)