

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Brian T Maye*

was duly qualified and admitted on April 3, 2000 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) INACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 10, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

Brian T. Maye (Bar # 24399)

was licensed to practice law by the State of North Carolina on August 23, 1997.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 1st of April, 2022.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar