UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,              :   Case No. 1:21-cv-06054-WFK-JRC
                                      :
            Plaintiffs,   :   **NOTICE OF APPEARANCE**
                                      :
  -against-                          :
                                      :
FRONTIER AIRLINES, INC.,              :
                                      :
            Defendant.    :
-------------------------------------------------------------X

### NOTICE OF APPEARANCE

      Kindly enter the appearance of Brian T. Maye on behalf of Defendant, Frontier Airlines, Inc., in the above-captioned matter.

Dated: April 22, 2022                    Respectfully submitted,

                                        **ADLER MURPHY & MCQUILLEN LLP**

                                        */s/ Brian T. Maye*
                                        Brian T. Maye (Admitted *Pro Hac Vice*)
                                        ADLER MURPHY & McQUILLEN LLP
                                        20 South Clark Street, Suite 2500
                                        Chicago, Illinois 60603
                                        Phone: (312) 345-0700
                                        Email: bmaye@amm-law.com

                                        *Counsel for Frontier Airlines, Inc.*

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
MARTIN JOSEPH, et al.,                          :   Case No. 1:21-cv-06054-WFK-JRC
                                                :
                    Plaintiffs,                 :   CERTIFICATE OF SERVICE
                                                :
      -against-                                 :
                                                :
FRONTIER AIRLINES, INC.,                        :
                                                :
                    Defendant.                  :
---------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 22, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of New York, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in this matter.

Dated: April 22, 2022                    */s/ Brian T. Maye*