UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,                          :  Case No. 1:21-cv-06054-WFK-JRC
                                                  :
                Plaintiffs,  :
  -against-                                      :
                                                  :
FRONTIER AIRLINES, INC.,                          :
                                                  :
                Defendant.   :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE OF EVAN M. KWARTA

**PLEASE TAKE NOTICE** that EVAN M. KWARTA, of the law firm of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, NY 10022, hereby enters an appearance as counsel on behalf of Defendant FRONTIER AIRLINES, INC. Mr. Kwarta's State Bar. No. is 4401543 and his EDNY No. is EK1248.

    Electronic Mail Address:       ekwarta@hinshawlaw.com

Dated: August 1, 2023

_____
Evan M. Kwarta

TO:   Dov Medinets, Esq.
      Gutman Weiss, P.C.
      Attorneys for Plaintiffs
      2276 Sixty-Fifth Street, 2nd Floor
      Brooklyn, New York 11204
      dm@gwpclaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2023, the foregoing was served on the following by electronic mail:

Dov Medinets, Esq.<br>
dm@gwpclaw.com

_____<br>
Evan M. Kwarta