SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------X
MICHAEL SCHWARTZ,

        *Plaintiff*,

  -against-

REPUBLIC AIRWAYS INC.,

        *Defendant*.
-------------------------------------------------------------X

Index No: 607315/2020

**DEFENDANT REPUBLIC AIRWAYS INC.'S CONSENT TO CHANGE ATTORNEY AND NOTICE OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY CONSENTED that Evan M. Kwarta, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, be substituted in place BROWN, GAVALAS & FROMM LLP as attorneys of record for the REPUBLIC AIRWAYS INC. in the above-entitled action. Attorneys Brian T. Maye (*Pro Hac Vice*) and Meaghan A. Fontein (*Pro Hac Vice*) of HINSHAW & CULBERTSON LLP, 151 North Franklin Street, Suite 2500, Chicago, IL 60606, remain additional attorneys of record for REPUBLIC AIRWAYS INC. the above-entitled action.

PLEASE TAKE NOTICE that no service of papers by telefax, electronic transmission, mail, or any other means upon BROWN, GAVALAS & FROMM LLP is authorized. Any papers so served shall be treated as a nullity.

Dated: New York, New York
      July 27, 2023

| BROWN GAVALAS & FROMM LLP | HINSHAW & CULBERTSON LLP |
| --- | --- |
| Former Attorneys for Defendant | Attorneys for Defendant |
| REPUBLIC AIRWAYS INC. | REPUBLIC AIRWAYS INC. |

By: *[signature] TRED E. WEXLER*

[signature]

Evan Kwarta

60 E. 42nd Street, Suite 4600
New York, New York, 10165
Tel.: (212) 983-8500
Fax: (212) 983-5946

800 Third Avenue, 13th Floor
New York, New York 10022
Tel.: (212) 655-3839
Fax: (212) 212-935-1166

and

Brian T. Maye (*Pro Hac Vice*)
Meaghan A. Fontein (*Pro Hac Vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500,
Chicago, IL 60606
Tel.: (312) 422-5713
Fax: (312) 286-5117

STATE OF NEW YORK   )
                    ).:
COUNTY OF NEW YORK  )

    On the 28th day of July, 2023, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared EVAN KWARTA personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

Sworn before me this
28th day of July, 2023

[signature]
Notary Public

**ROSELIA HICKEY**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HI6142120
Qualified in New York County
My Commission Expires 03-13-2026

2

83545\314283926.v1

TO:

Bernard G. Chambers, Esq.
Attorney for Plaintiff
430 Sunrise Highway
P.O. Box 1100
Rockville Centre, NY 11571-1100
(516) 764-2226