AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

MARTIN JOSEPH. ET AL.
           Plaintiff (s),

V.

FRONTIER AIRLINES, INC.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-CV-06054-WFK-JC

Notice is hereby given that, subject to approval by the court, __FRONTIER AIRLINES, INC.__ substitutes
(Party (s) Name)

__Evan M. Kwarta__, State Bar No. __4401543__ as counsel of record in
(Name of New Attorney)

place of __FRANK J. RUBINO, JR., BROWN, GAVALAS & FROMM LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    HINSHAW & CULBERTSON LLP
    Address:    800 Third Avenue, 13th Floor, New York, NY 10022
    Telephone:    (212) 655-3839    Facsimile  (212) 935-1166
    E-Mail (Optional):    ekwarta@hinshawlaw.com

I consent to the above substitution.
Date: 7/27/23
(Signature of Party (s))

I consent to being substituted.
Date: 7/31/23
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/27/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,                                          :     Case No. 1:21-cv-06054-WFK-JRC
                                                                  :
                              Plaintiffs,                         :
    -against-                                                     :
                                                                  :
FRONTIER AIRLINES, INC.,                                          :
                                                                  :
                              Defendant.                          :
----------------------------------------------------------------- X

## AFFIDAVIT OF FRANK J. RUBINO, JR. TO WITHDRAW AS COUNSEL AND IN SUPPORT OF SUBSTITUTION OF COUNSEL

I, FRANK J. RUBINO, JR., being duly sworn, hereby depose and say as follows:

1. I was associated with the firm Brown Gavalas and Fromm LLP ("Brown Gavalas").

2. Brown Gavalas was serving as local counsel for Defendant Frontier Airlines, Inc. ("Frontier") in the above-captioned action.

3. In Brown Gavalas's capacity as local counsel, I served as attorney of record for Frontier.

4. I represented Frontier together with lead counsel Hinshaw & Culbertson LLP ("Hinshaw").

5. Hinshaw attorneys who reside in Chicago, Illinois were admitted *pro hac vice* before this Court to represent Frontier with me. *See* Dkt. Nos. 12-14, 22.

6. Recently, I left Brown Gavalas and am now associated with another law firm.

7. Brown Gavalas no longer has any involvement in this action.

8. Further, an attorney from Hinshaw's New York office, who is admitted to practice before this Court, Evan M. Kwarta (State Bar. No. 4401543; EDNY No. EK1248) will be substituting for me.

9. Mr. Kwarta will be filing a Notice of Appearance, and then a Consent Order seeking to be substituted for me.

10. This substitution is being made with the consent of Defendant Frontier.

11. I therefore request that the Court grant my request to withdraw as an attorney in this matter for Defendant Frontier and So Order the Consent Order Granting Substitution of Attorney filed by Mr. Kwarta.

Dated: July 31, 2023

_____
Frank J. Rubino, Jr.

TO: Dov Medinets, Esq.
Gutman Weiss, P.C.
Attorneys for Plaintiffs
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, New York 11204
dm@gwpclaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2023, the foregoing was served on the following by electronic mail:

Dov Medinets, Esq.
dm@gwpclaw.com

_____
Evan Kwarta, Esq.