UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,                :     Case No. 1:21-cv-06054-WFK-JRC
                                        :
                Plaintiffs,     :
                                        :
  -against-                            :
                                        :
FRONTIER AIRLINES, INC.,                :
                                        :
                Defendant.      :
----------------------------------------------------------------X

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Hinshaw & Culbertson LLP and attorneys Evan Kwarta and Kristin A. Hoffman, pursuant to the Eastern District of New York Local Rule 1.4, move this Court for an order permitting Hinshaw & Culbertson LLP and attorneys Evan Kwarta and Kristin A. Hoffman to withdraw as counsel for Defendant, Frontier Airlines, Inc., and in support thereof state as follows:

    1.    Hinshaw & Culbertson LLP, Mr. Kwarta, and Ms. Hoffman are no longer engaged on the above-captioned matter.

    2.    Defendant will continue to be represented by other counsel of record, including Brian T. Maye of Fitzpatrick, Hunt & Pagano, LLP.

    3.    Defendant Frontier Airlines, Inc. consents to this withdrawal of counsel.

    4.    Notice in Support of Motion to Withdraw Appearance of Evan Kwarta is attached hereto as **Exhibit A**.

    5.    Notice in Support of Motion to Withdraw Appearance of Kristin A. Hoffman is attached hereto as **Exhibit B**.

    6.    A proposed order is attached hereto as **Exhibit C**.

WHEREFORE, Hinshaw & Culbertson LLP and attorneys Evan Kwarta and Kristin A. Hoffman respectfully request that this Court grant their motion for Leave to Withdraw as Counsel and enter an Order permitting Hinshaw & Culbertson LLP to withdraw as counsel for Frontier Airlines, Inc. in the above-captioned matter.

Dated: June 6, 2024                             Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

 /s/ *Evan Kwarta*

 /s/ *Kristin A. Hoffman*

Evan Kwarta
ekwarta@hinshawlaw.com
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
212-471-6200

Kristin A. Hoffman
khoffman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 6, 2024, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of New York, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants of record in this matter.

| | |
|---|---|
| Dated: June 6, 2024 | */s/ Evan Kwarta* |
| | Evan Kwarta |
| | Hinshaw & Culbertson LLP<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>Telephone: (212) 655-3839 |