# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MARTIN JOSEPH, *et al.*,      :  Case No. 1:21-cv-06054-WFK-JRC

              :

       Plaintiffs,   :

              :

  -against-        :

              :

FRONTIER AIRLINES, INC.,    :

              :

       Defendant.  :

------------------------------------------------------------X

## <u>NOTICE IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE OF KRISTIN A. HOFFMAN</u>

    Pursuant to Local Rule 1.4, the undersigned hereby requests that the Court permit her to withdraw as counsel of record in this matter for Defendant Frontier Airlines, Inc. and in support of that motion states as follows:

    1.   Frontier Airlines, Inc. will continue to be represented in this matter by Brian T. Maye at his new firm Fitzpatrick, Hunt, & Pagano, LLP.

    2.   The undersigned's requested withdrawal is with the consent and at the instruction of Frontier Airlines, Inc.

    3.   Under court order, fact discovery must be completed by July 31, 2024, and a telephonic status conference with the Court is scheduled for August 6, 2024.

    4.   The undersigned is not asserting any lien.

    5.   The undersigned therefore respectfully requests that the Court So Order the undersigned's withdrawal for Defendant Frontier Airlines, Inc.

Dated: June 6, 2024
Chicago, IL

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

/s/ *Kristin A. Hoffman*
Kristin A. Hoffman (Admitted *Pro Hac Vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin St., Ste. 2500
Chicago, Illinois 60606
Phone: (312) 704-3000
Email: khoffman@hinshawlaw.com