# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MARTIN JOSEPH, *et al.*,                          :     Case No. 1:21-cv-06054-WFK-JRC
                                                  :
                Plaintiffs,      :
                                                  :
  -against-                                      :
                                                  :
FRONTIER AIRLINES, INC.,                          :
                                                  :
                Defendant.       :
----------------------------------------------------------------X

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pursuant to the Motion to Withdraw as Counsel previously filed,

IT IS HEREBY ORDERED that Hinshaw & Culbertson LLP and attorneys Evan Kwarta and Kristin A. Hoffman have withdrawn as counsel for Defendant Frontier Airlines, Inc. in the above-captioned action and shall be removed from the Eastern District Court of New York electronic filing list for this case.


Dated: this _____ day of _____ 2024.


                                                                                                    _____
                                                                                                     UNITED STATES DISTRICT JUDGE